IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   24-cr-102-SKC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  TIFFANY VO,

    Defendant.

---

# INFORMATION

---

The United States Attorney charges:

## COUNT 1
## Wire Fraud, 18 U.S.C. § 1343

**Background**

1. Defendant TIFFANY VO resided in Denver, Colorado from in or around summer 2020 through at least June 2022.

2. VO worked for Amazon.com, Inc. ("Amazon"), a global retailer based in Seattle, Washington. Amazon offered an executive development program called "Escape Velocity" dedicated to onboarding employees above a certain level of seniority. Amazon also offered a writing-skills program for employees called Amazon Business Writing (ABW).

3. VO served as an Executive Development Program Manager and then Senior Program Manager at Amazon.  In these roles, she was responsible for

administering the Escape Velocity program and the ABW program.

4. The Escape Velocity program was initially held at Amazon's headquarters in Seattle, Washington every other month. Amazon paid for lodging, beverages, meals, and various merchandise for participants. The ABW program was initially held in person periodically based on demand for the program. In or around March 2020, these programs shifted from in-person events to virtual events, due to the COVID-19 pandemic. They remained virtual events until at least May 2022.

**The Scheme**

5. Beginning in or around September 2020, and continuing through in or around June 2022, in the State and District of Colorado and elsewhere, defendant TIFFANY VO devised, intended to devise, and participated in a scheme and artifice to defraud and to obtain money and property from Amazon by means of materially false and fraudulent pretenses, representations, and promises, to wit, by fabricating invoices and expense reports to claim reimbursement for more than $480,000 for purported corporate event expenditures that did not occur.

**Manner and Means**

It was part of the Scheme that:

6. Between March 2021 and May 2022, VO fabricated over 30 invoices from a Seattle-based catering company and submitted these invoices to Amazon for reimbursement. Amazon reimbursed VO for over $240,000 in purported catering expenditures. In fact, no catering expenses were incurred during this timeframe because the Escape Velocity and ABW programs were held only virtually.

7. Between March 2021 and November 2021, VO fabricated over 10 invoices from a Seattle-based restaurant for purported happy hour events and submitted these invoices to Amazon for reimbursement. Amazon reimbursed VO for over $55,000 in purported happy hour expenditures. In fact, no happy hours occurred during this timeframe because the Escape Velocity and ABW programs were held only virtually.

8. Between August 2021 and October 2021, VO submitted at least 11 fabricated reimbursement requests totaling over $50,000 in expenses for food delivery gift cards that she allegedly purchased on Amazon.com for lunch vouchers and gift cards for Escape Velocity participants. In fact, Amazon records show that VO did not purchase any of these food delivery gift cards.

9. Between September 2020 and June 2022, VO purchased items using her Amazon purchase card that she falsely attributed to the Escape Velocity Program, ABW Program, and other business expenses, but which were in fact personal expenditures, often for beauty products or clothing and accessories. These false purchase card reimbursements totaled over $120,000.

**Execution of the Scheme**

10. On or about February 15, 2022, in the State and District of Colorado, and elsewhere, defendant TIFFANY VO caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, signals, pictures, and sounds, to wit: a $7,821.24 interstate ACH transfer from the victim bank account to VO's personal bank account as reimbursement for purported catering expenses, in violation of Title 18, United States Code, Section 1343.

**Forfeiture Allegation**

11.     The allegations contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

12.     Upon conviction of the violations alleged in Count 1 of this Information involving the commission of violations of 18 U.S.C. § 1343, defendant TIFFANY VO, shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c) any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of such offense, including, but not limited to: a money judgment in the amount of proceeds obtained as a result of the offense.

13.     If any of the property described above, as a result of any act or omission of the defendant:

        a)     cannot be located upon the exercise of due diligence;

        b)     has been transferred or sold to, or deposited with, a third party;

        c)     has been placed beyond the jurisdiction of the Court;

        d)     has been substantially diminished in value; or

        e)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by

28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

    COLE FINEGAN
United States Attorney

By: *s/ Rebecca S. Weber*
Rebecca S. Weber
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0409
E-mail: Rebecca.Weber@usdoj.gov
Attorney for the United States